# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHERRI R. PRICE, ) | |
| ) | |
| Petitioner, ) | Case No. CV 08-00155-S-REB |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| COMMISSIONER, SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is

REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C.

§ 405(g) for further proceedings as set forth in the Memorandum Decision and Order.

DATED: **January 7, 2009**

_____
Honorable Ronald E. Bush
U. S. Magistrate Judge